# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10892-ELF

PAMELA BENNETT BRYANT

515 W. CHELTEN AVE #1505

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
PAMELA BENNETT BRYANT

515 W. CHELTEN AVE #1505

PHILADELPHIA, PA 19144

**Counsel for debtor(s), by electronic notice only.**
ANDREW M CARROLL
3107 N PINEWOOD DR

FOLSOM, NJ 08037

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

        /s/ William C. Miller

Date: 4/18/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee