## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  PAMELA BENNETT BRYANT | CASE NO: 18-10892 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No. 28<br>Judge: Eric L. Frank |

On 5/31/2018, I did cause a copy of the following documents, described below,

Plan ECF Docket Reference No. 28

Amended B, C, J, Declaration of debtor and summary of Schedules 27

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/31/2018

/s/ Andrew Carroll
Andrew Carroll

Law Office of Andrew M. Carroll
285 Chestnut Street
HAMMONTON, NJ  08037
856 426 9815
AndrewCarrollEsq@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: PAMELA BENNETT BRYANT | CASE NO: 18-10892 |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 28 |
| | Judge: Eric L. Frank |

On 5/31/2018, a copy of the following documents, described below,

Plan ECF Docket Reference No. 28

Amended B, C, J, Declaration of debtor and summary of Schedules 27

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/31/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrew Carroll
Law Office of Andrew M. Carroll
285 Chestnut Street
HAMMONTON, NJ  08037

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03132<br>CASE 18-10892-ELF<br>EASTERN DISTRICT OF PENNSYLVANIA<br>PHILADELPHIA<br>THU MAY 31 08-46-47 EDT 2018 | PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA PA 19107-4233 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| FIRST ASSOCIATES LOAN SERVICING LLC<br>AS AGENT FOR LENDING USA<br>PO BOX 503430<br>SAN DIEGO CA 92150-3430 | GARY J HOLT<br>FIRST ASSOCIATES LOAN SERVICING LLC<br>PO BOX 503430<br>SAN DIEGO CA 92150-3430 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | OCEAN 22 BY HILTON GRAND VACATION<br>2200 NORTH OCEAN BLVD<br>MYRTLE BEACH SC 29577-3226 | OCEAN CLUB VACATIONS LLC<br>HEIDEE RANDALL<br>6355 METROWEST BVLD STE 180<br>ORLANDO FL 32835-7606 |
| QUICKEN LOANS<br>PO BOX 6577<br>CAROL STREAM IL 60197-6577 | QUICKEN LOANS INC<br>635 WOODWARD AVENUE<br>DETROIT MI 48226-3408 | TOYOTA LEASE TRUST<br>CO TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~OFFICE OF THE US TRUSTEE~~<br>~~833 CHESTNUT STREET~~<br>~~SUITE 500~~<br>~~PHILADELPHIA PA 19107-4405~~ | ANDREW M CARROLL<br>LAW OFFICE OF ANDREW M CARROLL<br>285 CHESTNUT STREET<br>HAMMONTON NJ 08037-1438 | DEBTOR<br>PAMELA BENNETT BRYANT<br>515 WEST CHELTEN AVENUE<br>1505<br>PHILADELPHIA PA 19144-4429 |
| WILLIAM C MILLER ESQ<br>CHAPTER 13 TRUSTEE<br>PO BOX 1229<br>PHILADELPHIA PA 19105-1229 | | |