## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela Bennett Bryant<br>            <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-10892 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734