Andrew M. Carroll, Esquire
285 Chestnut Street
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: Bennett-Bryant, Pamela | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-10892 |

**CERTIFICATE OF SERVICE**

1. I am the attorney of record for the debtor in the present case.

2. On July 5, 2018 I sent a copy of the fee application and all related and required documents to the parties listed below.

Pamela Bennett-Bryant
515 Chelten Avenue
#1505
Philadelphia, Pa. 19144

William Miller
111 S Independence Mall East
Suite 583
Philadelphia, Pa. 19106

US Trustee's office
833 Chestnut Street
Philadelphia, Pa. 19107

Lexus Financial Services
PO Box 5855
Carol Stream, IL 60197

Ocean 22 by Hilton Grand Vacation
2200 North Ocean Blvd
Myrtle Beach, SC 29577

Quicken Loans
PO Box 6577
Carol Stream, IL 60197

American Express
PO Box 650448
Dallas, TX 75265

Comenity Bank/Pier 1
PO Box 182273
Columbus, OH 43218

Comenity Capital Bank/Lexus
PO Box 1830003
Columbus, OH 43218

Comety Bank/Wayfair card
PO Box 182273
Columbus, OH 43218

USAA Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288

3. I certify under penalty of perjury that the above noted documents were sent via USPS regular mail.

/s/ Andrew M. Carroll
Andrew M. Carroll

July 5, 2018