UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:  PAMELA BENNETT BRYANT

CASE NO: 18-10892

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 28
Judge: Eric L. Frank
Hearing Date: 08/12/2018
Hearing Time: 10:00 AM

On 7/12/2018, I did cause a copy of the following documents, described below,

Plan ECF Docket Reference No. 28

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/12/2018

/s/ Andrew Carroll
Andrew Carroll

285 Chestnut Street
HAMMONTON, NJ  08037
856 426 9815

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:  PAMELA BENNETT BRYANT

CASE NO: 18-10892

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 28
Judge: Eric L. Frank
Hearing Date: 08/12/2018
Hearing Time: 10:00 AM

On 7/12/2018, a copy of the following documents, described below,

Plan ECF Docket Reference No. 28

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/12/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrew Carroll

285 Chestnut Street
HAMMONTON, NJ  08037

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ONE MAIN
PO BOX 3251
EVANSVILLE IN 47731

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3125
NEW ALBANY OH 43054

TOYOTA LEASE TRUST CORP
PO BOX 9013
ADDISON TX 75001

FIRST ASSOCIATION LOAN SERVICING
PO BOX 503430
SAN DIEGO CA 92150

QUICKEN LOANS
635 WOODWARD AVENUE
DETROIT MI 48226

OCEAN CLUB VACATIONS
6355 METROWEST AVENUE
SUITE 180
ORLANDO FL 32835

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03132
CASE 18-10892-ELF
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA
THU JUL 12 13-18-16 EDT 2018

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

PHILADELPHIA
900 MARKET STREET
SUITE 400
PHILADELPHIA PA 19107-4233

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST ASSOCIATES LOAN SERVICING LLC
AS AGENT FOR LENDING USA
PO BOX 503430
SAN DIEGO CA 92150-3430

GARY J HOLT
FIRST ASSOCIATES LOAN SERVICING LLC
PO BOX 503430
SAN DIEGO CA 92150-3430

KEVIN G MCDONALD
KML LAW GROUP PC
TOYOTA LEASE TRUST
701 MARKET STREET STE 5000
PHILADELPHIA PA 19106-1541

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

OCEAN 22 BY HILTON GRAND VACATION
2200 NORTH OCEAN BLVD
MYRTLE BEACH SC 29577-3226

OCEAN CLUB VACATIONS LLC
HEIDEE RANDALL
6355 METROWEST BLVD STE 180
ORLANDO FL 32835-7606

QUICKEN LOANS
PO BOX 6577
CAROL STREAM IL 60197-6577

QUICKEN LOANS INC
635 WOODWARD AVENUE
DETROIT MI 48226-3408

TOYOTA LEASE TRUST
CO TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~OFFICE OF THE US TRUSTEE~~
~~833 CHESTNUT STREET~~
~~SUITE 500~~
~~PHILADELPHIA PA 19107-4405~~

ANDREW M CARROLL
LAW OFFICE OF ANDREW M CARROLL
285 CHESTNUT STREET
HAMMONTON NJ 08037-1438

DEBTOR
PAMELA BENNETT BRYANT
515 WEST CHELTEN AVENUE
1505
PHILADELPHIA PA 19144-4429

WILLIAM C MILLER ESQ
CHAPTER 13 TRUSTEE
PO BOX 1229
PHILADELPHIA PA 19105-1229