UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| IN RE:  DIANE RYAN | CASE NO: 18-20665 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No. 15<br>Judge: Michael B. Kaplan<br>Hearing Location: US Bankruptcy Court, 402 E State Street, CR 8<br>Hearing Date: 08/28/2018<br>Hearing Time: 10:00 AM |

On 7/13/2018, I did cause a copy of the following documents, described below,

Plan ECF Docket Reference No. 15

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/13/2018

/s/ Andrew Carroll
Andrew Carroll
Law Office of Andrew M. Carroll
285 Chestnut Street
HAMMONTON, NJ  08037
856 426 9815

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| IN RE: DIANE RYAN | CASE NO: 18-20665 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 15<br>Judge: Michael B. Kaplan<br>Hearing Location: US Bankruptcy Court, 402 E State Street, CR 8<br>Hearing Date: 08/28/2018<br>Hearing Time: 10:00 AM |

On 7/13/2018, a copy of the following documents, described below,

Plan ECF Docket Reference No. 15

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/13/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrew Carroll
Law Office of Andrew M. Carroll
285 Chestnut Street
HAMMONTON, NJ  08037

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              PHOENIX FUNDING INC                    EXCLUDE
LABEL MATRIX FOR LOCAL NOTICING        917 MOUNTAIN AVE SUITE 1A              US BANKRUPTCY COURT
03123                                  MOUNTAINSIDE NJ 07092-2724             402 EAST STATE STREET
CASE 18-20665-MBK                                                             TRENTON NJ 08608-1507
DISTRICT OF NEW JERSEY
TRENTON
FRI JUL 13 08-33-30 EDT 2018


AMERICAN MEDICAL COLLECTION AGENCY     ASSOCIATED RADIOLOGY                   ATLANTIC MEDICAL GROUP
4 WEST CHESTER PLAZA                   PO BOX 770                             PO BOX 419101
SUITE 110                              DUNELLEN NJ 08812-0770                 BOSTON MA 02241-9101
ELMSFORD NY 10523-1615


CFT SERVICES LLC AS CUSTODIAN FOR      LCA COLLECTIONS                        PHOENIX FUNDING INC
PHOENIX F                              PO BOX 2240                            CO KEITH A BONCHI ESQ
IN CO GMS LAW FIRM                     BURLINGTON NC 27216-2240               GOLDENBERG MACKLER SAYEGH MINTZ PFEF
660 NEW ROAD FIRST FLOOR                                                      660 NEW ROAD SUITE 1A
NORTHFIELD NJ 08225-1668                                                      NORTHFIELD NJ 08225-1668


US TRUSTEE                             ALBERT RUSSO                           ANDREW M CARROLL
US DEPT OF JUSTICE                     STANDING CHAPTER 13 TRUSTEE            ANDREW M CARROLL
OFFICE OF THE US TRUSTEE               CN 4853                                285 CHESTNUT STREET
ONE NEWARK CENTER STE 2100             TRENTON NJ 08650-4853                  08037
NEWARK NJ 07102-5235                                                          HAMMONTON NJ 08037-1438



DEBTOR
DIANE RYAN
DIANE RYAN
2011 GREENWICH STREET
SOUTH PLAINFIELD NJ 07080-2107
```