United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-10892-elf
Pamela Bennett Bryant                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Jul 19, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db           +Pamela Bennett Bryant,   515 West Chelten Avenue,   #1505,   Philadelphia, Pa 19144-4429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
        ANDREW M. CARROLL   on behalf of Debtor Pamela  Bennett Bryant AndrewCarrollEsq@gmail.com
        KEVIN G. MCDONALD   on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                          TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Pamela Bennett Bryant<br>_Debtor(s)_ | CHAPTER 13 |
| Toyota Lease Trust<br>_Movant_<br>vs. | NO. 18-10892 ELF |
| Pamela Bennett Bryant<br>_Debtor(s)_ | |
| William C. Miller Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 LEXUS IS300, VIN: JTHCM1D24H5019926  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  7/18/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**