United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 18-10892-elf
Pamela Bennett Bryant                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1            Date Rcvd: Sep 07, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.
db             +Pamela Bennett Bryant,   515 West Chelten Avenue,   #1505,   Philadelphia, Pa 19144-4429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:
      ANDREW M. CARROLL    on behalf of Debtor Pamela  Bennett Bryant AndrewCarrollEsq@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: Bennett-Bryant, Pamela | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-10892 |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is **GRANTED**; and

2. Compensation for professional services rendered, in the amount of $3,500.00 is ALLOWED, and the Standing Trustee shall disburse $2,600.00 in legal fees and $0.00 in costs to counsel for Debtor

Date: 9/6/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**