## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     PAMELA BENNETT BRYANT, | : | |
| | : | |
|     Debtor | : | Bky. No.  18-10892 ELF |

# O R D E R

**AND NOW,** the Ch. 13 Standing Trustee, William C. Miller, having mistakenly issued a check for unclaimed funds in the amount of **$2,600.00** to the Clerk of Court, it is

**ORDERED** that the Clerk of Court is **DIRECTED** to issue a check, drawn to the order of

> **William C. Miller, Ch. 13 Standing Trustee**
> **1234 Market Street, Suite 1813**
> **Philadelphia, PA 19107**

in the amount of **$2,600.00**, after which the Trustee shall make an appropriate distribution in accordance with the term of the confirmed chapter 13 plan.

Date:  October 25, 2018

                         **ERIC L. FRANK**
                         **U.S. BANKRUPTCY JUDGE**