United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 18-10892-elf
Pamela Bennett Bryant   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR               Page 1 of 1          Date Rcvd: Oct 26, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
db             +Pamela Bennett Bryant,    515 West Chelten Avenue,    #1505,    Philadelphia, Pa 19144-4429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
              ANDREW M. CARROLL    on behalf of Debtor Pamela  Bennett Bryant AndrewCarrollEsq@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    PAMELA BENNETT BRYANT, | : | |
| | : | |
|    Debtor | : | Bky. No.   18-10892 ELF |

# O R D E R

**AND NOW,** the Ch. 13 Standing Trustee, William C. Miller, having mistakenly issued a check for unclaimed funds in the amount of **$2,600.00** to the Clerk of Court, it is

**ORDERED** that the Clerk of Court is **DIRECTED** to issue a check, drawn to the order of

>  **William C. Miller, Ch. 13 Standing Trustee**
>  **1234 Market Street, Suite 1813**
>  **Philadelphia, PA 19107**

in the amount of **$2,600.00**, after which the Trustee shall make an appropriate distribution in accordance with the term of the confirmed chapter 13 plan.

Date:  October 25, 2018

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**