# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-10892-ELF

PAMELA BENNETT BRYANT

515 W. CHELTEN AVE #1505

PHILADELPHIA, PA 19144

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  PAMELA BENNETT BRYANT

  515 W. CHELTEN AVE #1505

  PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

  ANDREW M CARROLL
  427 N. PACKARD ST.

  HAMMONTON, NJ 08037-

Date: 4/26/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee