**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PAMELA BENNETT BRYANT                                        Chapter 13

                    Debtor            Bankruptcy No. 18-10892-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: May 29, 2019**

                                          Eric L. Frank
                                          Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREW M CARROLL
427 N. PACKARD ST.

HAMMONTON, NJ 08037-

Debtor:
PAMELA BENNETT BRYANT

515 W. CHELTEN AVE  #1505

PHILADELPHIA, PA 19144