United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-10892-elf
Pamela Bennett Bryant                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR            Page 1 of 2             Date Rcvd: May 30, 2019
                               Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db             +Pamela Bennett Bryant,    515 West Chelten Avenue,    #1505,    Philadelphia, Pa 19144-4429
14116823        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14071615        First Associates Loan Servicing, LLC,    as agent for Lending USA,    P.O. Box 503430,
                 San Diego, CA 92150-3430
14071614        Gary J. Holt,   First Associates Loan Servicing, LLC,    P.O. Box 503430,
                 San Diego, CA 92150-3430
14121829       +Kevin G. McDonald,   KML Law Group P.C.,    Toyota Lease Trust,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
14059619       +Ocean 22 by Hilton Grand Vacation,    2200 North Ocean Blvd,    Myrtle Beach, SC 29577-3226
14094104       +Ocean Club Vacations LLC,    Heidee Randall,   6355 Metrowest Bvld ste 180,
                 Orlando, FL 32835-7606
14059620       +Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
14053439      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Lexus Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
14272569        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14058667       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 31 2019 02:57:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2019 02:57:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 31 2019 02:57:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:03:02
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14058002        E-mail/Text: mrdiscen@discover.com May 31 2019 02:56:59     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14056124        E-mail/PDF: cbp@onemainfinancial.com May 31 2019 03:02:58     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14200872        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:04:38
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14085841       +E-mail/Text: bankruptcyteam@quickenloans.com May 31 2019 02:57:44     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: DonnaR              Page 2 of 2             Date Rcvd: May 30, 2019
                              Form ID: pdf900           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:

```
         ANDREW M. CARROLL    on behalf of Debtor Pamela  Bennett Bryant AndrewCarrollEsq@gmail.com,
          SouthJerseyBankruptcy@gmail.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA BENNETT BRYANT                         Chapter 13

                    Debtor           Bankruptcy No. 18-10892-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

  **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

**Date: May 29, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREW M CARROLL
427 N. PACKARD ST.

HAMMONTON, NJ 08037-


Debtor:
PAMELA BENNETT BRYANT

515 W. CHELTEN AVE  #1505

PHILADELPHIA, PA 19144